UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE BURGESS,

          Plaintiff,

   -against-

PETER GOODMAN, PG EAST HOUSTON CORP., 203 HENRY STREET REALTY CORP., 288 MULBERRY STREET REALTY CORP., TOURBILLION47 LLC, HAROLD THOMAS CARTER, IGNACIO MATTOSNOYA, MARK CONNELL and BEA'S TAVERN INC.,

          Defendants.

ATTORNEYS AFFIRMATION

Case No.: 18-cv-6584 (VEC)

---

Stuart H. Finkelstein, an attorney duly admitted to practice in the Southern District Court of New York, affirms under penalties of perjury as follows:

1.   I am the attorney for Plaintiff in the above captioned action and submit this Affirmation pursuant to Docket Entry 60, Order to Show Cause.

2.   My last contact with Plaintiff Burgess was the last week of November, 2018. Since that time I have been unable to communicate with Plaintiff Burgess.

3.   I have called Plaintiff Burgess and her phone number is not working and have been unable to speak with her.

Dated: January 4, 2019
       Syosset, New York

                                               Stuart H. Finkelstein, Esq.
                                               Attorney for Plaintiff
                                               338 Jericho Turnpike
                                               Syosset, New York 11791
                                               (718) 261-4900