UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BURGESS,<br><br>                PLAINTIFF,<br><br>  -AGAINST-<br><br>PETER GOODMAN, PG EAST HOUSTON CORP., 203 HENRY STREET REALTY CORP., 288 MULBERRY STREET REALTY CORP., TOURBILLON47 LLC, HAROLD THOMAS CARTER, IGNACIO MATTOSNOYA, MARK CONNELL AND BEA'S TAVERN INC.,<br><br>                DEFENDANTS. | CASE NO. 1:18-cv-06584-VEC |

**JOINDER OF TOURBILLON47 LLC, HAROLD THOMAS CARTER AND IGNACIO MATTOS NOYA IN PETER GOODMAN, PG EAST HOUSTON CORP., 203 HENRY STREET REALTY CORP. AND 288 MULBERRY STREET REALTY CORP.'S MOTION TO DISMISS**

      Tourbillon47 LLC, Harold Thomas Carter and Ignacio Mattos Noya, by and through their attorneys, hereby join in Peter Goodman, PG East Houston Corp., 203 Henry Street Realty Corp. and 288 Mulberry Street Realty Corp.'s motion for an order dismissing with prejudice this action and all claims on the grounds that the plaintiff repeatedly has failed to comply with the orders of the Court and the Federal Rules of Civil Procedure and otherwise has failed to prosecute this action, and for such other and further relief as may be just. (ECF Doc. No. 64)

Dated: January 28, 2019
       New York, New York

                                                DAVIS & GILBERT LLP

                                                By: /s/ Bruce M. Ginsberg
                                                     Bruce M. Ginsberg
                                                     1740 Broadway
                                                     New York, New York  10019
                                                     Tel: (212) 468-4820

Fax: (212) 468-4888
bginsberg@dglaw.com

*Attorneys for Defendants Tourbillon47 LLC, Harold Thomas Carter and Ignacio Mattos Noya*

VIA ECF TO:

Stuart H. Finkelstein, Esq.
FINKELSTEIN LAW GROUP, PLLC
*Attorneys for Plaintiff Nicole Burgess*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900
Fax: (954) 333-8888
Email: finkelsteinlawgroup@gmail.com

Andrew P. Saulitis, Esq.
ANDREW P. SAULITIS P.C.
*Attorneys for Defendants Peter Goodman,*
*PG East Houston Corp., 203 Henry Street Realty Corp. and 288 Mulberry Street Realty Corp.*
40 Wall Street-37th Floor
New York, New York 10005
(212) 459-0900
Fax (212) 459-1826
Email: apslaw@msn.com

Jeannie L. Bergsten, Esq.
LAW OFFICES OF JEANNIE L. BERGSTEN
*Attorneys for Defendants*
*Mark Connell and Bea's Tavern Inc.*
666 Old Country Road, Ste. 200
Garden City, New York 11530
(516) 551-9577
Fax (516) 334-1188
Email: JeannieB@JLBAttorney.com