UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE BURGESS,

        PLAINTIFF,

-AGAINST-

PETER GOODMAN, PG EAST HOUSTON CORP., 203 HENRY STREET REALTY CORP., 288 MULBERRY STREET REALTY CORP., TOURBILLON47 LLC, HAROLD THOMAS CARTER, IGNACIO MATTOSNOYA, MARK CONNELL AND BEA'S TAVERN INC.,

        DEFENDANTS.

CASE NO. 1:18-cv-06584-VEC

## JOINDER OF MARK CONNELL AND BEA'S TAVERN INC. IN PETER GOODMAN, PG EAST HOUSTON CORP., 203 HENRY STREET REALTY CORP. AND 288 MULBERRY STREET REALTY CORP.'S MOTION TO DISMISS

      Mark Connell and Bea's Tavern, Inc., by and through their attorney, hereby join in Peter Goodman, PG East Houston Corp., 203 Henry Street Realty Corp. and 288 Mulberry Street Realty Corp.s' motion for an order dismissing with prejudice this action and all claims on the grounds that the plaintiff has failed to prosecute and/or to comply with the Federal Rules of Civil Procedure and orders of the Court. (ECF Doc. No. 64)

Dated:  Garden City, New York
        January 28, 2019

                              *Jeannie L. Bergsten*
                              JEANNIE L. BERGSTEN
                              LAW OFFICES OF
                              JEANNIE L. BERGSTEN
                              Attorneys for Defendants Mark Connell and
                              Bea's Tavern Inc.
                              666 Old Country Road, Ste. 200
                              Garden City, New York 11530
                              (516) 551-9577
                              [JeannieB@JLBAttorney.com](mailto:JeannieB@JLBAttorney.com)